IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

KINSLEY WALKER, by and through
Her Guardian and Next Adult Friend,
SIERRA WHITE                                                                                    PLAINTIFF

V.                                                   CIVIL ACTION NO. 1:18-cv-00127-SA-DAS

J.C. PENNEY CORPORATION, INC. d/b/a
J.C. PENNEY and JOHN DOES 1-10; and
JANE DOES 1-10; and ABC CORPORATIONS 1-10                 DEFENDANTS

**AGREED JUDGMENT OF DISMISSAL**

THIS CAUSE having come before the Court this day on joint motion *ore tenus* of the Plaintiff and of the Defendant, J.C. Penney Corporation, Inc. d/b/a J.C. Penney, for a dismissal of this action with prejudice, and, upon this Court having determined that a judgment of dismissal with prejudice should be entered in this matter, the Court finds that said motion is well-taken and should be granted.

IT IS THEREFORE, ORDERED AND ADJUDGED, that this cause of action against the Defendant, J.C. Penney Corporation, Inc. d/b/a J.C. Penney, be, and it is hereby dismissed with prejudice with each party to bear their own costs.

SO ORDERED this, the 22nd day of October, 2019.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Lisa W. McKay
LISA W. MCKAY (MSB #6978)
Attorney for Defendant

/s/ Megan E. Timbs
MEGAN E. TIMBS (MSB #105331)
Attorney for Plaintiff